**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
Case No. 10-22719-CIV-ALTONAGA/GOODMAN

CLAUDEL LOUIS,

    Plaintiff,

v.

SEABOARD MARINE, LTD., INC., *et al.*

    Defendants.

_____/

## REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ON DEFENDANTS' MOTIONS TO DISMISS

This cause is before me on the Amended Complaint of Plaintiff, Claudel Louis's Amended Complaint [ECF No. 17], filed August 16, 2010. At present, two motions to dismiss are pending, filed on filed on August 3, 2010, and August 5, 2010 [ECF Nos. 8 & 11]. Plaintiff's responses to the Motions were due on August 20, 2010, and August 23, 2010, respectively. Rather than file responses to these motions, Plaintiff filed the Amended Complaint. As a consequence of Plaintiff's rightful exercise of his right to amend, I recommend that the defendants' respective motions to dismiss be denied as moot.

    **I.**    **Analysis**

Federal Rule of Civil Procedure 15(a) provides in pertinent part that "A party may amend its pleading once as a matter of course within: . . . (B) if the pleading is one to which a responsive pleading is required . . . 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Plaintiff filed his Amended Complaint less than 21 days after the defendants filed their respective motions to dismiss and was therefore entitled to do so without seeking leave from this Court. As a consequence of Plaintiff's Amended Complaint, the defendants' motions directed towards the original Complaint are now moot.

**II.     Conclusion**

For the reasons given, I RECOMMEND that Defendants' motions to dismiss [ECF Nos. 8 & 11] be denied as moot.

**III.    Objections**

Pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Rule 4(b), the parties have fourteen (14) business days from the date of this Report and Recommendation, until September 1, 2010, to serve and file written objections, if any, with the Honorable Cecilia M. Altonaga, United States District Judge.  Each party may file a response to the other party's objection, no later than September 15, 2010.  Failure to timely file objections shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the report and bar the parties from attacking on appeal the factual findings contained herein.  *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993) (citing *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied,* 488 U.S. 958).

RESPECTFULLY RECOMMENDED, in Chambers, in Miami, Florida, this 18th day of August, 2010.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Cecilia M. Altonaga
All counsel of record
Claudel Louis, *pro se*